COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Sergio Ian Rodriguez v. The State of Texas

Appellate case number:    01-12-00397-CR

Trial court case number:  185062

Trial court:              County Court at Law No. 3 of Brazoria County

   This case was abated and remanded to the trial court for the trial court to determine if appellant wishes to prosecute this appeal and whether appellant is presently indigent, to appoint counsel to represent appellant if appellant is found to be indigent, and to set a deadline for the filing of appellant's brief. The district clerk has filed a supplemental clerk's record containing the trial court's order declaring appellant indigent and appointing Cary Faden to represent appellant. The court reporter has filed a reporter's record of the hearing, which indicates that the trial court set December 3, 2013 as the deadline for appellant's brief to be filed. Accordingly, we REINSTATE this case on the Court's active docket.

   Appellant's brief is ORDERED to be filed no later than December 3, 2013. *See* TEX. R. APP. P. 38.6(a).

   Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

   It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
     ☒ Acting individually  ☐ Acting for the Court


Date:  November 14, 2013